UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 11-1303 DOC (MLGx)            Date: February 27, 2012

Title: MARIA LINDSAY, ET AL. v. AMERICA'S WHOLESALE LENDER, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT            NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT GRANT MOTION TO DISMISS AS UNOPPOSED

      Before the Court is a Motion to Dismiss (Dkt. 28) filed on February 10, 2012, by Defendants America's Wholesale Lender, Deutsche Bank National Trust Company, Mortgage Electronic Registration Systems, Inc., and Bank of America (collectively, "Defendants"). Plaintiffs' breach of contract claim survived a prior motion to dismiss. However, Plaintiff's Opposition to the present Motion to Dismiss was due on February 20, 2012. At present, Plaintiff has not filed an opposition.

      Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE why this Court should not grant the Motion to Dismiss as unopposed pursuant to Local Rules 7-9 and 7-12. Plaintiffs may file an Opposition on or before March 5, 2012, and such a filing shall be deemed sufficient to discharge this Order to Show Cause, with no other explanation required.

      If Plaintiffs do file an opposition by March 5, 2012, Defendants' Reply shall be due on or before March 12, 2012, and the hearing on the Motion to Dismiss will be rescheduled to March 19, 2012. If Plaintiffs do not file an opposition by March 5, 2012, the Court will grant the Motion to Dismiss and DISMISS WITH PREJUDICE.

      The Clerk shall serve this minute order on all parties to the action.